NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 13-1121

STATE OF LOUISIANA

VERSUS

ADAM BLAKE WALLER

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 293,756
HONORABLE THOMAS MARTIN YEAGER, DISTRICT JUDGE

**********

SYLVIA R. COOKS

JUDGE

**********

Court composed of Sylvia R. Cooks, Jimmie C. Peters, and Shannon J. Gremillion, Judges.

APPEAL DISMISSED.

Harold A. Van Dyke, III
Post Office Box 1512
909 6th St.
Alexandria, LA 71301
COUNSEL FOR APPELLEE:
    State of Louisiana

**Adam P. Johnson**
**Johnson & Verchier, L.L.C.**
**Post Office Box 849**
**Lake Charles, LA 70602**
**(337) 433-1414**
**COUNSEL FOR DEFENDANT/APPELLANT:**
     **Adam Blake Waller**

**COOKS, Judge.**

This court issued a rule for the appellant, Adam Blake Waller a/k/a Adam Walker, to show cause, by brief only, why the appeal should not be dismissed for lack of a written final judgment. For the reasons assigned below, we dismiss this appeal without prejudice.

The appellant filed a motion to expunge his arrest record in these proceedings. The record filed in this court has no transcript of any hearing conducted on this motion nor does it contain any court minutes regarding such a hearing. Nevertheless, the appellant's motion for an appeal states, "Now into court comes, **ADAM BLAKE WALLER,** through undersigned counsel, who requests that the Court grant an appeal from the oral judgment rendered on May 31, 2013."

Upon the filing of the record in this appeal, this court, on its own motion, issued the instant rule to show cause. No response has been filed to this court's rule.

We find that we are constrained to dismiss the instant appeal. The record submitted to this court contains no final, appealable judgment. *See* La.Code Civ.P. arts. 1911 and 2083. *See also LaRocca v. Bailey*, 2001-618 (La.App. 3 Cir. 11/7/01), 799 So.2d 1263. Therefore, we dismiss this appeal, without prejudice, at appellant's cost.

**APPEAL DISMISSED.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION.
Rule 2-16.3 Uniform Rules, Court of Appeal.